**GOOD HOPE HOSP., INC., L.L.C. v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[360 N.C. 641 (2006)]

GOOD HOPE HOSPITAL, INC. AND GOOD HOPE HEALTH SYSTEM, L.L.C., PETITIONERS, AND TOWN OF LILLINGTON, PETITIONER-INTERVENOR v. NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF FACILITY SERVICES, CERTIFICATE OF NEED SECTION, RESPONDENT, AND BETSY JOHNSON REGIONAL HOSPITAL, INC., AND AMISUB OF NORTH CAROLINA, INC. D/B/A CENTRAL CAROLINA HOSPITAL, RESPONDENT-INTERVENORS

No. 58A06

(Filed 17 November 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 175 N.C. App. 309, 623 S.E.2d 315 (2006), affirming a final agency decision issued 1 November 2004 by the North Carolina Department of Health and Human Services. Heard in the Supreme Court 18 October 2006.

*Smith Moore LLP, by Maureen Demarest Murray and William W. Stewart, Jr., for petitioner-appellants, and Morgan, Reeves and Gilchrist, by C. Winston Gilchrist, for petitioner-intervenor-appellant.*

*Roy Cooper, Attorney General, by Melissa L. Trippe, Special Deputy Attorney General, for respondent-appellee.*

*Nelson Mullins Riley & Scarborough LLP, by Noah H. Huffstetler, III, and Wyrick Robbins Yates & Ponton LLP, by K. Edward Greene, for respondent-intervenor-appellee Betsy Johnson Regional Hospital, Inc.*

*Bode, Call & Stroupe, L.L.P., by S. Todd Hemphill, for respondent-intervenor-appellee Amisub of North Carolina, Inc. d/b/a Central Carolina Hospital.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by Forrest W. Campbell, Jr., for North Carolina Hospital Association, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.